# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LEVI A. SAIZ,**

    **Plaintiff,**

    **vs.**                                                                                                           No. 1:19-cv-00113-KRS

**ANDREW SAUL,**
**Commissioner of Social**
**Security,**

    **Defendant.**

## ORDER

    Defendant, the Commissioner of Social Security (Commissioner), by and through his counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

    Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                                                                                         _____
                                                                                        HONORABLE KEVIN R. SWEAZEA
                                                                                        UNITED STATES MAGISTRATE JUDGE