# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LEVI A. SAIZ,**

    **Plaintiff,**

    vs.                               No. 1:19-cv-00113-KRS

**ANDREW SAUL,**
**Commissioner of Social**
**Security,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand, (Doc. 19), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**